AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 10 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

Cordeyair Brown
_____
Petitioner

v.                                  Case No. 22-003484/22-003481
                                    _____
                                    (Supplied by Clerk of Court)
                                    1-21-004970/1-21-004938

Billie Sollie
_____
Respondent
(name of warden or authorized person having custody of petitioner)

3:23cv 244-KHJ-MTP

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Cordeyair Brown
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: Lauderdale County Jail
   (b) Address: 2001 5th Street Meridian MS 39301
   (c) Your identification number: _____
3. Are you currently being held on orders by:
   ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
         (a) Name and location of court that sentenced you: _____
         (b) Docket number of criminal case: _____
         (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _____
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: _____
   (d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No

Case 3:23-cv-00373-DPJ-FKB   Document 2   Filed 06/09/23   Page 3 of 12
Case 3:23-cv-00244-KHJ-MTP   Document 1   Filed 04/10/23   Page 3 of 12

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

_____

_____

_____

_____

    (b) If you answered "No," explain why you did not file a second appeal: _____

_____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes        ☒ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

_____

_____

_____

_____

    (b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes        ☒ No
If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes        ☐ No

Case 3:23-cv-00373-DPJ-FKB    Document 2    Filed 06/09/23    Page 4 of 12
Case 3:23-cv-00244-KHJ-MTP    Document 1    Filed 04/10/23    Page 4 of 12

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes       ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes       ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes       ☐ No

    If "Yes," provide:
    (1) Date of filing: _____
    (2) Case number: _____
    (3) Result: _____
    (4) Date of result: _____
    (5) Issues raised: _____

_____

_____

_____

(d) Did you appeal the decision to the United States Court of Appeals?
    ☐ Yes    ☐ No
    If "Yes," provide:
    (1) Name of court: _____
    (2) Date of filing: _____
    (3) Case number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

_____

_____

_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** In court preliminary hearing Richard Robinson said the boys had on masks and Pat Jordan asked him well how can you say its Brown. Robinson said he don't know he just know its me. Robinson was asked what connection do I have with the boys.

(a) Supporting facts (Be brief. Do not cite cases or law.):
Robinson said he don't know. He went from making up lies about the gun slider and my finger to saying he found the phone to one of the dudes finding the phone tampering with it. How can the gun slider grab the finger next to my pinky its impossible and im right handed. The coco lady found the phone on my road and went live on facebook with the phone in her hand

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND TWO:** I had 10 witnesses that knew where I was Robinson said he couldn't use them because they might lie for me. A boy made a post about how they did the boys and Robinson said he talked to the boy family but refused to use my witnesses how is that because he has a vendetta against me.

(a) Supporting facts (Be brief. Do not cite cases or law.):
The lady next door to my house saw the 2 boys walking to the store and stated that it was not me she saw me in the yard cutting the grass. Robinson did the gun powder test none was found. On the video you see me nowhere in there. The news said a witness saw the man running towards oak land heights black shirt red writing so they put the school on lockdown.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND THREE:** Now Robinson saying he got 2 witness saying they suppose to shot back at the people. He just cohersing them using that he got them shooting to make them say what he want them to say. The boys told everybody even my mother they never said it was me the people had on masks.

(a) Supporting facts (Be brief. Do not cite cases or law.):
My phone had to have fallen out of my pocket while I was dragging the limbs and sticks to the edge of the road and dumping them in the garbage can across the street. My mother and aunt stopped by before her chemo and after. Tonio came and got his lawn mower when I was done cutting the yard. I took a break to cool down and couldn't find my phone and everthing in my pocket gone

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☒ No

Page 7 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** On a seperate Charge Richard Robinson Falsefied paperwork saying I was arrested in a traffic stop. I was arrested inside my aunts house eating by Jonathan he said I was needed for questioning and put me in hand cuffs never read me my rights and didnt have a warrant and my car was towed.

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
Robinson asked me about the guy demante I told him I dont know him our mothers know each other and he said well you gone help me get him. Richard Robinson told me if I dont say what he want me to say he was gone arrest my whole family and got some to hold me heroin charge. In my preliminary hearing he was caught by the Prosecutor trying to put the heroin charge on me when he seen I wasn't gone go along with his story

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I did not do an appeal I have not been convicted of these crimes

**Request for Relief**

15. State exactly what you want the court to do: My freedom all charges dropped, Pain and suffering, Lost of wages, Defamation of Character emotional distress

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_April 5th, 2023_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _April 5th, 2023_   _[signature]_
                          *Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

1st Charge        Case No. 1-21-001970/1-21-001938 Page 1.
Shooting into a dwelling, Shooting into a vehicle, Drive by shooting
3ct Aggravated Assault

    I graduated with honors and went to college. I have my welding certification and forklift and I have no record. The detective Richard Robinson told my mother and sister even if I didn't do it he was gone make sure that I go down for it. Robinson has a vendetta against me. Robinson falsefied paperwork saying I was arrested in a traffic stop. I was arrested inside my aunt's house by Jonathan he said I was needed for questioning and put me in handcuffs. He never read me my rights and when my mother and I asked about a warrant he said he didn't have one. My car was parked he put the gun in my brother face and took the keys. My car was towed. Robinson asked me about the guy demantae and how I get mixed up with this trash with all these burglaries. I told him I don't know him our mother's just know each other and he said well you gone help me get him. I told him I can't help him with nothing I don't know about. Robinson said if I don't say what he want me to say he was gone arrest my whole family and he got some to hold me, the heroin charge. He put a fake warrant out on my mother, they searched her house while she wasn't home. In Kemper Robinson used his dad to act like he was taking me to court, he told me he don't give a fuck about me and didn't come up here to play with me and took me in a room at at the white building stareing at me acting like he was gone hit me. Robinson called a detective and told him to ask the boy what color jacket he had on and looked at me saying the color wanting me to say the same thing. Robinson was caught in court at my preliminary hearing by the prosecutor trying to put the fake heroin charge

Page 2.

on me when he seen I wasn't gone go along with his story. On the video you never see my car stop or shots coming out and the window was up. The lady who house supposely got shot in I don't know anything about it. I was at home with my mom, brother and lil sister when it took place. Her daughter and my sister were best friends, her kids were at our house for birthdays and holidays. The lady never said it was me, she said she dont know who it was she was getting out of the shower when it happened. I was headed to work at IQor on the Phone with my boy trying to get a blunt before work. He said meet him at the store not trying to be late I asked him where he was he said dairy queens so I kept going went to dairy queens and made it to work on time. Later that day at the Parlay house oldschool LJ lost all his money gambling and was trying to sell 2 guns with receipts to them. Said it was his rent money so I helped him. Later that night after work I stopped at my aunt's house for a family get together. I was arrested in the house eating. After getting my car back I saw the detectives had took all the receipts even the one for the gun in my name from garretts.

April 5th, 2023                Carolyn Brown

2nd Charge      Case No. 22-003484/22-003481      Page 1.
Murder

Richard Robinson said the boy had been shooting at alot of people, we should have just let him do his job they was finna pick him up. Robinson went from making up lies about the gun slider and my finger to saying he found the phone to one of the dudes finding the phone tampering with it. How can the gun slider grab the finger next to my pinky its impossible and im right handed. The coco lady found the phone on my road and went live on Facebook about it and asking people at another shooting that night did they know who I was with my phone in her hand showing the screen saver picture. In court preliminary hearing Robinson said the boys had on masks and Pat Jordan asked him well how can you say it's Brown. Robinson said he don't know he just know it's me. Robinson was asked what connection do I have with the boys, he said he don't know. I had 10 witnesses that knew where I was Robinson said he couldn't use them because they might lie for me. A boy made a post about how they did the boys and Robinson said he talked to the boy family but refused to use my witnesses, how is that because he has a vendetta against me. The lady next door to my house saw the 2 boys walking to the store and stated that it was not me she saw me in the yard cutting the grass. Robinson did the gun powder test, none was found. On the video you see me no where in there. The news said a witness saw the man running towards Oakland heights black shirt red writing so they put the school on lockdown. Now Robinson saying he got 2 witness saying they suppose to shot back at the people. He just cohersing them using that he got them shooting to make them say what he want them to same way he tried to do me, making threats. The boys told everybody even my mother they never said it was me

Page 2.

the people had on masks. My Phone had to have fallen out of my Pocket while I was dragging the limbs and sticks to the edge of the road and dumping them in the garbage can across the street. My mother and aunt stopped by before her chemo and after. Tonio came and got his lawnmower when I got done cutting the yard said he had other yards to do. I took a break from dragging the limbs and sticks to the edge to cool down and couldn't find my phone and everything out of my Pocket was gone. I went back outside to search and found my ID and cashapp card by the edge of the road. When I saw the lady going live about the road I stay on and my phone the next morning I went down to clear my name. I lost my welding job because of this and my mother past away in Dec. and I couldn't attend her funeral or wake.

April 5th 2023                      Cardyair Brown