UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CORDEYAIR BROWN                                                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:23-CV-373-DPJ-FKB

BILLIE SOLLIE                                                                                      DEFENDANT

JUDGMENT

For the reasons stated in the Order entered this date, this case is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 13th day of October, 2023.

                                                    s/ *Daniel P. Jordan III*
                                                    CHIEF UNITED STATES DISTRICT JUDGE